ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:16-CR-112-O

LESLIE LAUREN PAYNE (05)

FACTUAL RESUME

INFORMATION:   Count One:  Conspiracy to Possess with Intent to Distribute a
Controlled Substance (methamphetamine) (in violation of
21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

PENALTY:  $1,000,000 fine - not more than 20 years imprisonment, or both such fine
and imprisonment, plus a term of supervised release of not less than 3
years.

MAXIMUM PENALTY:
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a
term of supervised release of not less than 3 years.  If the defendant violates
any condition of supervised release, the Court may revoke such term of
supervised release and require the defendant to serve an additional period of
confinement.  Further the Court must impose a Mandatory Special
Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Information are as follows:

First:      That two or more persons, directly or indirectly, reached an agreement to
distribute or possess with intent to distribute a controlled substance, as
charged in the information;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:     That the defendant joined in the agreement willfully, that is, with the intent
to further its unlawful purpose; and

**Factual Resume - Page 1**

Fourth:        That the overall scope of the conspiracy involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

In 2014 and 2015, Leslie Lauren Payne received ounce quantities of methamphetamine from Alisha Feeney, Nicholas Sides, Haldon Stikeleather, and Melissa Veatch, often on consignment.  In turn, Leslie Lauren Payne distributed methamphetamine to various customers in the Fort Worth and Arlington, Texas areas, returning to Alisha Feeney, Nicholas Sides, Haldon Stikeleather, and Melissa Veatch for additional methamphetamine.  In this manner, Alisha Feeney, Nicholas Sides, Haldon Stikeleather, Melissa Veatch, and Leslie Lauren Payne conspired with each other and others to possess methamphetamine with intent to distribute.

SIGNED this 27th day of April, 2016.

_____        _____
LESLIE LAUREN PAYNE                            SHANE LEWIS
Defendant                                                   Counsel for Defendant

**Factual Resume – Page 2**